NUMBER 13-09-00392-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

CARLTON RAY RICHARDSON, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On appeal from the Criminal District Court


of Jefferson County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Vela


Memorandum Opinion Per Curiam



 Appellant, Carlton Ray Richardson, by and through his attorney, has filed a motion
to dismiss his appeal because he no longer desires to prosecute it. See Tex. R. App. P.
42.2(a). Without passing on the merits of the case, we grant the motion to dismiss
pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having
dismissed the appeal at appellant's request, no motion for rehearing will be entertained,
and our mandate will issue forthwith. Any pending motions are dismissed as moot. 

 PER CURIAM


Do not publish.

See Tex. R. App. P. 47.2(b). 


Delivered and filed

the 11th day of March, 2010.